# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

GUSTAVE J. LABARRE, JR., ET AL.

VERSUS

OCCIDENTAL CHEMICAL COMPANY, ET AL.

NO. 2021 CW 0377

JUNE 7, 2021

---

In Re: Zurich American Insurance Company, Steadfast Insurance Company and American Guarantee & Liability Insurance Company, applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 33796.

---

BEFORE: GUIDRY, WELCH, AND PENZATO, JJ.

**WRIT DENIED.** The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (*per curiam*) are not met.

JMG
JEW
AHP

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT